

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-11-00053-CV

ALESIA K. JOHNSON, Appellant

V.

SCOTT MAHAND, J. J. (JACKIE) JOHNSON, INDIVIDUALLY AND
AS INDEPENDENT EXECUTOR OF THE ESTATE OF
J. C. JOHNSON, DECEASED AND JIMMIE JOHNSON, Appellees

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 72416

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Alesia K. Johnson, appellant, has filed a motion seeking to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice


Date Submitted:     February 24, 2014
Date Decided:       February 25, 2014